UNITED STATES DISTRICT COURT
WESTERN OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QIXIA ENSBERG, | C20-1717-JCC |
| Plaintiff, | MINUTE ORDER |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 12). The parties seek an order dismissing all claims against the remaining defendants. (*Id.* at 2.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The stipulated motion has been signed by all parties. (Dkt. No. 12 at 2.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. (*See* Dkt. No. 12 at 2.)

Accordingly, all claims against the defendant in this case are DISMISSED with prejudice and without costs to any party, with each party to bear its own attorney fees and other litigation

STIPULATED PROTECTIVE ORDER     - 1 -

1 | expenses. The Clerk is DIRECTED to close this case.

2 | DATED this 27th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

STIPULATED PROTECTIVE ORDER         - 2 -